United States District Court
Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    JACQULYN DELANEY,                      Case No.  16-cv-01149-RS

              Plaintiff,
8
                                            CASE MANAGEMENT SCHEDULING
9         v.                                ORDER

10   STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY,
11
              Defendant.
12
          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13   Management Conference on June 30, 2016.  After considering the Joint Case Management

14   Statement submitted by the parties and consulting with the attorneys of record for the parties and

15   good cause appearing, IT IS HEREBY ORDERED THAT:

16        1.      ALTERNATIVE DISPUTE RESOLUTION.

17        EARLY NEUTAL EVALUATION:  The parties are hereby referred to the court's ADR

18   department for the purpose of engaging in early neutral evaluation to take place, ideally, within the

19   next 90 days.

20        2.      AMENDING THE PLEADINGS.

21        The deadline to amend the pleadings without seeking leave from the Court shall be July

22   18, 2016.  After that date, any amendment of the pleadings shall be governed by Rule 15 of the

23   Federal Rules of Civil Procedure.

24        3.      DISCOVERY.

25        On or before June 7, 2017, all non-expert discovery shall be completed by the parties.

26   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

27   five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

28   requests for production of documents or for inspection per party; and (d) a reasonable number of

requests for admission per party.

4.    DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5.    EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

   a.   On or before June 28, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   b.   On or before July 28, 2017, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   c.   On or before August 25, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

6.    FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **June 15, 2017, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

7.    PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than September 7, 2017.  The Court encourages the participation at

United States District Court
Northern District of California

CASE MANAGEMENT SCHEDULING ORDER
CASE NO.  16-cv-01149-RS

1  oral argument of lawyers who are early in their professional career (e.g., 0-10 years of

2  experience).

3          8.      PRETRIAL CONFERENCE.

4        The final pretrial conference will be held on **November 2, 2017, at 10:00 a.m.**, in

5  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

6  California.  Each party or lead counsel who will try the case shall attend personally.

7          9.      TRIAL DATE.

8        A jury trial shall commence on **November 27, 2017, at 9:00 a.m.**, in Courtroom 3, 17th

9  Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

10

11  **IT IS SO ORDERED**.

12

13  Dated: June 30, 2016

14  _____

15  RICHARD SEEBORG
     United States District Judge