STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JONATHAN K. MYERS (SBN 306756)
jmyers@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

Edward A. Judge, Esq. (SBN 147156)
LAW OFFICE OF EDWARD A. JUDGE
1970 Broadway, Suite 615
Oakland, CA 94612
Telephone: (415) 391-2447

David W.T. Brown, Esq. (SBN 147321)
HUSKINSON, BROWN & HEIDENREICH
1200 Aviation Blvd., Suite 202
Redondo Beach, CA 90278
Telephone: (310) 545-5459

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYN DELANEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 20,<br><br>　　　　　Defendants. | CASE NO.  3:16-cv-01149-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REVISING THE COURT'S SCHEDULING ORDER** |

770998

-1-

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This stipulation to revise the Court's June 30, 2016 Scheduling Order (Dkt. 16) in the above-referenced matter is made and entered into by and between plaintiff Jacqulyn Delaney and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), referred to collectively as the "Parties."

## I.
## RECITALS

1.      WHEREAS, on June 30, 2016, the Court issued its Scheduling Order (Dkt. 16), setting deadlines for fact discovery, expert discovery, and dispositive motions.  The Scheduling Order set June 7, 2017, as the fact discovery cutoff and August 25, 2017, as the expert discovery cutoff.

2.      WHEREAS, the Parties have not sought any prior extensions to the Court's June 30, 2016 Scheduling Order.

3.      WHEREAS, the Parties desire to submit this matter to mediation.

4.      WHEREAS, counsel for Delaney and State Farm have engaged in discussions to set the parameters for a possible settlement.

5.      WHEREAS, the Parties believe that mediation would be more productive and more likely to settle the case if the Parties have additional time to conduct discovery and assess the merits of the case prior to the mediation.

6.      WHEREAS, the Parties do not seek any extension of dates currently set by the Scheduling Order except for the fact discovery cutoff, expert disclosures, and expert discovery cutoff.

7.      WHEREAS, the Parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The Parties wish to litigate this matter in a cost-effective manner and avoid unnecessary attorneys' fees and costs.

8.      WHEREAS, the Parties have tentatively agreed to hold the mediation session by June 30, 2017, subject to the Court's approval.

9.      WHEREAS, the Parties have agreed to submit this Stipulation and [Proposed] Order

770998

to Revise the Court's Scheduling Order.

10.     WHEREAS, the Parties hereby stipulate to revising the Court's June 30, 2016 Scheduling Order as follows.

## II.
## STIPULATION

Plaintiff and State Farm hereby stipulate and agree as follows:

1.     The Parties agree to the following revisions to the Court's Scheduling Order:

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | July 24, 2017 (currently June 7, 2017) |
| Expert Disclosures | August 14, 2017 (currently June 28, 2017) |
| Rebuttal Expert Disclosures | September 11, 2017 (currently July 28, 2017) |
| Expert Discovery Cutoff | October 9, 2017 (currently August 25, 2017) |
| Deadline to Hear Dispositive Motions | September, 7, 2017 **(NO CHANGE)** |
| Pre-Trial Conference | November 2, 2017 **(NO CHANGE)** |
| Trial Date | November 27, 2017 **(NO CHANGE)** |

IT IS SO STIPULATED.

\ \ \

\ \ \

1    Dated: March 23, 2017          LAW OFFICE OF EDWARD A. JUDGE

2

3                                       /s/ Edward A. Judge
                     By: _____

4                                         EDWARD A. JUDGE
                                        Attorney for Plaintiff

5                                         JACQULYN DELANEY

6    Dated: March 23, 2017          HUSKINSON, BROWN & HEIDENREICH

7

8                                        /s/ David W.T. Brown
                     By: _____

9                                          DAVID W.T. BROWN
                                         Attorneys for Plaintiff

10                                         JACQULYN DELANEY

11    Dated: March 23, 2017          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

12

13                                        /s/ Jonathan K. Myers
                     By: _____

14                                        STEPHEN M. HAYES
                                       STEPHEN P. ELLINGSON

15                                        JONATHAN K. MYERS
                                       Attorneys for Defendant

16                                        STATE FARM MUTUAL AUTOMOBILE
                                       INSURANCE COMPANY

17

18                                  Filer's Attestation: Pursuant to Civil Local Rule

19                                  5-1(i)(3), Jonathan K. Myers hereby attests that
                                 concurrence in the filing of this document has

20                                  been obtained from each of the other signatories.

21 \ \ \

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

27 \ \ \

28 \ \ \

770998                          -4-

1

**[PROPOSED] ORDER**

2

3      Pursuant to the stipulated request by all Parties to this action and good cause appearing, the

4  Court ORDERS the deadlines set by the Court's Scheduling Order continued as follows:

5

6

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | July 24, 2017 |
| Expert Disclosures | August 14, 2017 |
| Rebuttal Expert Disclosures | September 11, 2017 |
| Expert Discovery Cutoff | October 9, 2017 |
| Deadline to Hear Dispositive Motions | September, 7, 2017 |
| Pre-Trial Conference | November 2, 2017 |
| Trial Date | November 27, 2017 |

15      IT IS SO ORDERED.

16

17  Dated:   3/23              , 2017

18                                          HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT COURT –
19                                          NORTHERN DISTRICT

20

21

22

23

24

25

26

27

28

770998

STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULING ORDER –
CASE NO. 3:16-cv-01149-RS