UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYN DELANEY,<br>　　　　Plaintiff,<br>　　v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>　　　　Defendant. | Case No. 16-cv-01149-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 24, 2017**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 31, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 22, 2017

_____
Richard Seeborg
United States District Judge