STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JONATHAN K. MYERS (SBN 306756)
jmyers@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYN DELANEY,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 20,<br><br>Defendants. | CASE NO. 16-cv-01149-RS<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED by Plaintiff Jacqulyn Delaney through her attorney of record, Edward A. Judge and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Parties to bear their own attorney's fees and costs.

Dated: July 6, 2017                LAW OFFICE OF EDWARD A. JUDGE

                               By     */s/ Edward A. Judge*
                                      EDWARD A. JUDGE
                                      Attorneys for Plaintiff
                                      JACQULYN DELANEY

795613

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. 16-cv-01149-RS**

| | | |
|---|---|---|
| Dated: July 11, 2017 | | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP |

By  */s/ Stephen P. Ellingson*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JONATHAN K. MYERS
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: __7/13__, 2017

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA